UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR93-307-RSL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| DALE WAYNE WALTERS, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on October 9, 2009. The United States was represented by AUSA Jill Otake and the defendant by Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about by the Honorable Carolyn Dimmick on a charge of Armed Bank Robbery and Bank Robbery, and sentenced to 140 months custody, 5 years supervised release. (Dkt. 20).

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in mental health counseling, substance abuse treatment and resting, and pay restitution in the amount of $32,646.00. (The Judgment is not available

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

electronically. Therefore, this information is taken from the Violation Report.)

In an application dated June 27, 2006 (Dkt. 24), U.S. Probation Officer Burton Maroney alleged the following violation of the conditions of supervised release:

1. Committing the crime of Robbery on June 7, 2006, in violation of the general condition that he not commit another federal, state or local crime.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 6th day of October, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Jill Otaki
Defendant's attorney: Carol Koller
Probation officer: Sara Moore